# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION



United States Court
Southern District of Texas
FILED

AUG 0 9 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | Criminal No. |
| v. | | |
| YSENIA FRAUSTO, ▮▮▮▮▮▮▮ and BRENDA ROSAS  Defendants. | | **17 CR 485** |

**INDICTMENT**

> **Sealed**
> Public and unofficial staff access
> to this instrument are
> prohibited by court order.

THE GRAND JURY CHARGES:

## THE COUNT
### (Escape – 18 U.S.C. §§ 751(a) & 2)

On or about May 27, 2017, in the Southern District of Texas, the defendants,

**YSENIA FRAUSTO;**



**and**

**BRENDA ROSAS;**

did aid and abet each other, and did knowingly escape from custody in the Federal Prison Camp in Bryan, Texas, an institutional facility in which they were lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment upon conviction for the commission of:

1

1.  Possession With Intent to Distribute a Quantity of Actual Methamphetamine, in violation of 21 United States Code Sections 841(a)(1) and 841(b)(1)(C) by **YSENIA FRAUSTO** in the Western District of Texas;

2.  Possession With Intent to Distribute a Quantity More Than Five Hundred (500) Grams, that is, Approximately 4.44 Kilograms of Cocaine, in violation of 21 United States Code Sections 841(a)(1), 841(b)(1)(B) and 18 United States Code Section 2 by ███████████ in the Southern District of Texas; and

3.  Conspiracy to Import More than 500 Grams of Methamphetamine, in violation of Title 21, United States Code Section 952 by **BRENDA ROSAS** in the Western District of Texas.

In violation of Title 18, United States Code §§ 751(a) & 2.

A TRUE BILL:

By     ORIGINAL SIGNATURE ON FILE
        Foreperson of the Grand Jury

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By:

Sebastian A. Edwards
Assistant United States Attorney

2